WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Andrea J. Robinson
Charles C. Platt
George W. Shuster, Jr.

*Attorneys for SNS Bank N.V. and*
*SNS Global Custody B.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Trustee-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Trustee,<br><br>            v.<br><br>SNS BANK N.V., and SNS GLOBAL CUSTODY B.V.,<br><br>            Defendants. | Adv. Pro. No. 12-01046 (BRL) |

**NOTICE OF DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE**

ACTIVEUS 93878043v1

PLEASE TAKE NOTICE that defendants SNS Bank N.V. and SNS Global Custody B.V. (collectively, the "SNS Defendants"), by and through their undersigned attorneys, respectfully move the United States District Court for the Southern District of New York (the "Court") for an order, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Local Bankruptcy Rule 5011-1, withdrawing the reference of the above-captioned adversary proceeding to the U.S. Bankruptcy Court for the Southern District of New York for the reasons set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Withdraw the Reference, the Declaration of George W. Shuster, Jr. in Support of Defendants' Motion to Withdraw the Reference, and the exhibit thereto.[1]

The SNS Defendants have made no prior request to this Court or any other court for the relief sought herein.

WHEREFORE, the SNS Defendants respectfully request that the Court enter an order granting the relief requested herein, and such other and further relief as the Court deems just and appropriate.

---

[1] The SNS Defendants—foreign financial institutions that are entitled to service of process (if process may be properly served in this action) in accordance with the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters—received putative service of the complaint commencing this adversary proceeding on March 29, 2012.  As a result, the SNS Defendants take the position that the Bankruptcy Court's Administrative Order Establishing Deadline for Filing Motions to Withdraw the Reference, dated March 5, 2012 (the "Order"), which was not served upon them (in contravention of the requirements of the Order itself) should not, as a matter of due process, apply to them.  Nevertheless, because the Order does not expressly state that it does not apply to circumstances such as those of the SNS Defendants, out of an abundance of caution, the SNS Defendants are filing this Memorandum and the corresponding Motion by the April 2, 2012 deadline the Order established.  The SNS Defendants do not, by filing this Memorandum and the corresponding Motion or otherwise, submit to or consent to the jurisdiction of any court or admit any fact or waive any right or defense, including, without limitation, regarding the adequacy of service and the personal jurisdiction of any court over the SNS Defendants, all of which rights and defenses are expressly reserved.  Without limiting the foregoing, the SNS Defendants do not consent to the entry of any final order by the Bankruptcy Court on any issue or matter.

- 3 -

Dated:  March 30, 2012
       New York, New York

                      Respectfully submitted,

                      WILMER CUTLER PICKERING HALE AND DORR LLP

                      By:    /s/ George W. Shuster, Jr.
                              Andrea J. Robinson
                              Charles C. Platt
                              George W. Shuster, Jr.

                      399 Park Avenue
                      New York, New York 10022
                      Telephone: (212) 230-8800
                      Facsimile: (212) 230-8888
                      andrea.robinson@wilmerhale.com
                      charles.platt@wilmerhale.com
                      george.shuster@wilmerhale.com

                      *Attorneys for SNS Bank N.V. and SNS Global Custody B.V.*

ACTIVEUS 93878043v1