UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Trustee-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Trustee,<br><br>        v.<br><br>SNS BANK N.V., and SNS GLOBAL CUSTODY B.V.,<br><br>        Defendants. | Adv. Pro. No. 12-01046 (BRL)<br><br>Case No. 12-cv-02509 |

**CORPORATE OWNERSHIP STATEMENT OF DEFENDANTS SNS BANK N.V. AND SNS GLOBAL CUSTODY B.V.**

- 2 -

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants SNS Bank N.V. and SNS Global B.V., through their undersigned attorneys, state as follows:[1]

SNS REAAL N.V. owns more than 10% of the equity interests of SNS Bank N.V. Stichting Beheer SNS REAAL N.V. in turn owns more than 10% of the equity interests in SNS REAAL N.V.

Stichting Administratiekantoor Bewaarbedrijven SNS owns more than 10% of the equity interests in SNS Global Custody B.V.

Dated:  March 30, 2012
         New York, New York

>                       Respectfully submitted,
>
>                       WILMER CUTLER PICKERING HALE
>                       AND DORR LLP
>
>
>                       By:     /s/ George W. Shuster, Jr.
>                               Andrea J. Robinson
>                               Charles C. Platt
>                               George W. Shuster, Jr.
>
>                       399 Park Avenue
>                       New York, New York 10022
>                       Telephone: (212) 230-8800
>                       Facsimile: (212) 230-8888
>                       andrea.robinson@wilmerhale.com
>                       charles.platt@wilmerhale.com
>                       george.shuster@wilmerhale.com
>
>                       *Attorneys for SNS Bank N.V. and*
>                       *SNS Global Custody B.V.*

---

[1] The SNS Defendants, foreign financial institutions, do not, by filing this Corporate Ownership Statement, submit to or consent to the jurisdiction of any court or admit any fact or waive any right or defense, including, without limitation, regarding the adequacy of service and the personal jurisdiction of any court over the SNS Defendants, all of which rights and defenses the SNS Defendants expressly reserve.

- 2 -