UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

PICARD                                                               Docket Number: 12 CV 2509 (JSR)

       -against-                                                   NOTICE OF ASSIGNMENT

SNS BANK
-------------------------------------------------------

The above-entitled action is:

---

[ ] Declined by Hon.
    As  [ ] Related/ [ ] Similar to case #:

---

[ ] Assigned to the Hon.
    [ ] Designated / [ ] Redesignated Hon.                                ,Magistrate Judge

---

[ X ] Accepted by Hon. JED S. RAKOFF (JSR) as [ X ] Related/ [ ] Similar to case
    #:   11 CV 7825
[ X ] Designated  [ ] Redesignated Hon. HENRY B. PITMAN (HBP), Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                  Ruby J. Krajick
                                                  Clerk of Court

Dated: 04/20/2012                                                   By:    PHYLLIS ADAMIK
                                                            Deputy Clerk